23-2676

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

*In Re Pepperdine University Tuition and Fees COVID 19 Refund Litigation*

ON PETITION FOR PERMISSION TO APPEAL
FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

District Court Civil Action No. 2:20-cv-04928-DMG-KS

---

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL CLASS CERTIFICATION DECISION AND RELATED *DAUBERT* DECISION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**

---

HOLLAND & KNIGHT LLP
Vito A. Costanzo
Qian (Sheila) Shen
Kristina S. Azlin
Stacey H. Wang
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400

*Attorneys for Defendant-Petitioner Pepperdine University*

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*A.B. v. Haw. State Dept. of Educ.*,
    Order, No. 20-80014, Dkt. No. 12 (9th Cir. Mar. 31, 2020) ................................. 1

*In re Google Play Store Antitrust Litig.*,
    Order, No. 22-810140, Dkt. No. 10 (9th Cir. Feb. 27, 2023) .............................. 1

*In re JUUL Labs, Inc., Mktg., Sale Practices & Prods. Liability Litig.*,
    Order, No. 22-80063, Dkt. No. 14 (9th Cir. Oct. 24, 2022) ................................ 1

**Statutes**

9th Cir. R. 5-2(b) ................................................................................................... 3

9th Cir. R. 32-3 ...................................................................................................... 3

Fed. R. App. Proc. 23 ............................................................................................ 1

Fed. R. App. Proc. 32 ............................................................................................ 3

Defendant-Appellant Pepperdine University ("Pepperdine") respectfully requests leave to file a reply brief in support of its Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f).

Although the Federal Rules of Appellate Procedure and this Court's Rules do not expressly afford a reply as of right in support of Rule 23(f) petitions, this Court regularly grants motions seeking leave to do so when appropriate. *See, e.g., In re Google Play Store Antitrust Litig.*, Order, No. 22-810140, Dkt. No. 10 (9th Cir. Feb. 27, 2023); *In re JUUL Labs, Inc., Mktg., Sale Practices & Prods. Liability Litig.*, Order, No. 22-80063, Dkt. No. 14 (9th Cir. Oct. 24, 2022); *A.B. v. Haw. State Dept. of Educ.*, Order, No. 20-80014, Dkt. No. 12 (9th Cir. Mar. 31, 2020).

Leave to submit a reply is appropriate here. In an effort to evade review of the District Court's order denying Pepperdine's motion to exclude Dr. Singer's opinion and granting Plaintiffs' motion to certify a class, Plaintiffs-Appellees misinterpret applicable legal authority, ignore the District Court's failure to apply rigor in its analysis, and downplay the many fatal flaws in their damages expert opinion as mere issues of weight. These mischaracterizations relate to fundamental issues on each ground for immediate appeal. Pepperdine's proposed reply (filed concurrently with this motion) addresses Plaintiffs-Appellee's mischaracterizations, and thus should aid the Court in effectively adjudicating the important issues at stake.

Accordingly, Pepperdine respectfully requests that the Court grant this motion for leave and consider its reply brief in resolving Pepperdine's Petition.

DATED: November 15, 2023

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Vito A. Costanzo*
      Vito A. Costanzo
      Qian (Sheila) Shen
      Kristina S. Azlin
      Stacey H. Wang

Attorneys for Defendant
Pepperdine University

# CERTIFICATE OF COMPLIANCE

This motion for leave to file a reply brief complies with the type-volume limitation of 9th Cir. R. 5-2(b) and 32-3 because this motion contains 253 words, excluding the parts of the motion exempt by Federal Rule of Appellate Procedure 32(f) and 9th Cir. R. 32-3.

This motion for leave to file a reply brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

DATED: November 15, 2023

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _/s/ Vito A. Costanzo_
Vito A. Costanzo
Qian (Sheila) Shen
Kristina S. Azlin
Stacey H. Wang

Attorneys for Defendant
Pepperdine University

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on November 15, 2023.

I certify that I mailed the foregoing document by First-Class Mail, postage prepaid/dispatched the foregoing document to a third party commercial carrier for delivery within three calendar days using the U.S. Postal System to the following:

Carney R. Shegerian
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, CA 90049
T: (310) 860-0770
F: (310) 860-0771
CShegerian@Shegerianlaw.com

*Attorney for Respondent Joseph Pinzon*

Daniel J. Kurowski
Whitney K. Siehl
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr.
Suite 2410
Chicago, IL 60611
T: (708) 628-4949
F: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

*Attorneys for Respondent Joseph Pinzon*

Christopher Pitoun
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue
Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
christopherp@hbsslaw.com

*Attorney for Respondent Joseph Pinzon*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue
Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594
steve@hbsslaw.com

*Attorney for Respondent Joseph Pinzon*

| | |
|---|---|
| Carney R. Shegerian<br>Anthony Nguyen<br>Cheryl A. Kenner<br>SHEGERIAN & ASSOCIATES, INC.<br>11520 San Vicente Boulevard<br>Los Angeles, CA  90049<br>T: (310) 860-0770<br>F: (310) 860-0771<br>CShegerian@Shegerianlaw.com<br>ANguyen@Shegerianlaw.com<br>CKenner@Shegerianlaw.com<br><br>*Attorneys for Respondent Matthew Rezvani, individually and on behalf of all others similarly situated* | Daniel J. Kurowski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 N. Cityfront Plaza Dr.<br>Suite 2410<br>Chicago, IL 60611<br>T: (708) 628-4949<br>F: (708) 628-4950<br>dank@hbsslaw.com<br><br>*Attorney for Respondent Matthew Rezvani, individually and on behalf of all others similarly situated* |

Dated:  November 15, 2023
              Los Angeles, California

_____
Bobbette Mack