**FILED**

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

NOV 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In Re: Pepperdine University Tuition and Fees COVID-19 Refund Litigation.<br><br>--------------------------------------------------<br><br>JOSEPH PINZON and MATTHEW REZVANI,<br><br>        Plaintiffs - Respondents,<br><br> v.<br><br>PEPPERDINE UNIVERSITY,<br><br>        Defendant - Petitioner. | No. 23-2676<br><br>D.C. No. 2:20-CV-4928-DMG-KS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: CHRISTEN and H.A. THOMAS, Circuit Judges.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).